EXHIBIT A

# Claims

| [illegible] | Patient | RUG Category | | Amount | [illegible] | | SLP | |
|---|---|---|---|---|---|---|---|---|
| 1. | LG | RU | A | 24,247.00 | ✓ | 9 | ✓ | 21 |
| | | | B | 609.39 | | | | |
| 2. | AG | RU | A | 9,565.40 | ✓ | 9 | | |
| 3. | JG | RV | A | 30,992.70 | ✓ | | | |
| 4. | DF | RU | A | 41,581.20 | ✓ | 11 | ✓ | 64 |
| | | | B | 7,420.07 | | | | |
| 5. | AC | RU | A | 51,328.65 | ✓ | 9 | ✓ | |
| | *(1,170.68 SLP additional Oct. B charges)* | | B | 5,449.99 | | | ✓ | |
| 6. | CS | RV | A | 2,773.54 | No Chart | | | |
| 7. | DP | RU | A | 10,223.00 | ✓ | 2 | | |
| 8. | EZ | RU | A | 30,841.78 | ✓ | 8 | ✓ | 14 |
| | | | B | 3,555.67 | | | | |
| 9. | EM | RU + | | + Nov. | | | | |
| | | RV | A | 24,803.16 | ✓ | 2 | ✓ | 11 |
| | | | B | 157.32 | | | | |
| 10. | IO | RU | A | 46,697.16 | ✓ | 6 | ✓ | 12 |
| | | | B | 1,700.06 | | | | |
| 11. | JW | RV | A | 7,511.28 | ✓ | 1 | | |
| 12. | JS | RU | A | 8,755.20 | ✓ | 4 | | |
| 13. | LS | RV | A | 4,745.56 | ✓ | 1 | | |
| 14. | MK | RV | A | 8,559.34 | | | ✓ | 9 |
| 15. | PA - *MDS missing* | | A | 39,964.84 | ✓ | | | |
| | | | B | All post March | | | | |
| 16. | WR | RV | A | 7,069.40 | ✓ | 2 | | |
| 17. | RN | RU | A | 25,299.71 | ✓ | 3 | ✓ | 15 |
| 18. | SC | RU | A | 29,141.37 | ✓ | 1 | | |
| | | | B | 502.00 | | | | |
| 19. | TS | RV | | 12,648.06 | ✓ | 3 | | |
| 20. | VS | RU | | 8,731.68 | | | ✓ | 13 |
| 21. | JL | RV | | 8.735.16 | ✓ | 4 | ✓ | 10 |
| 22. | RL | RU | | 22,019.29 | ✓ | 4 | ✓ | 8 |
| 23. | GM | RU | | 7,134.66 | ✓ | 1 | | |
| 24. | DM | RV | | 11,049.36 | ✓ | 3 | | |
| 25. | MN | RV | | Billing missing | | | | |
| | | | | 18,957.44 | ✓ | 2 | | |
| 26. | CN | RV | | 10,035.52 | ✓ | 3 | | |
| 27. | AO | RV | | 8,141.40 | | | | |
| 28. | DP | RV | | 12,548.76 | ✓ | 3 | | |
| 29. | RW | RU | | 23,350.68 | ✓ | 6 | ✓ | 24 |
| 30. | PZ | RU | | 28,021.50 | ✓ | 4 | | |
| 31. | IA | RH | | | | | | |
| 32. | CZ | RU | | | | | | |
| 33. | LB | RM | | 1,265.19 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 34. | GB | RU | | 22,914.11 | ✓ | 16 | | |
| 35. | GJ | | A | 6,585.72 | ✓ | 1 | | |
| | | | B | 2,187.38 | | | | |
| 36. | LJ | RU | A | 27,120.82 | ✓ | 3 | ✓ | 10 |
| 37. | EM | RU | | 10,001.28 | ✓ | 4 | | |
| 38. | IA | RH | | | | | | |
| 39. | DC | RU | | 10,936.50 | | | | |
| 40. | BF | RU | | 7,511.28 | ✓ | 2 | | |
| 41. | JF | RU | | 11,599.92 | | | | |
| 42. | RG | RU | | 20,452.96 | | | | |
| 43. | RH | RV | | 6,430.06 | | cc | | |
| 44. | JK | RU | | 24,999.36 | ✓ | 2 | ✓ | 12 |
| 45. | EL | RU | | 18,627.42 | | 6 | | 16 |
| 46. | JM | RH | | 16,954.13 | | 2 | | |
| 47. | MM | RV | | 37,734.54 | | 4 | | |
| 48. | SM | RU | | 34,735.97 | | | | |
| 49. | PP | RV | | 6,839.46 | | 2 | | |
| 50. | DR | RV | | 5,743.92 | | 2 | | 2 |
| 51. | IR | RH | | 31,017.10 | | 5 | | |
| 52. | MR | RH | A | 4,751.23 | | | | |
| | | | B | 8,803.11 | | | | |
| 53. | NS | RV | | 8,232.22 | | 2 | | |
| 54. | EA | | B | 1,545.47 | | | | |
| 55. | RA | RU | | 5,488.20 | | 1 | | |
| 56. | RB | RU | | 9,104.16 | ✓ | 2 | | |
| 57. | JB | RV | | Missing | ✓ | 1 | | |
| 58. | HC | RU | | 7,134.66 | ✓ | 4 | | |
| 59. | JF | RV | | 7,511.28 | ✓ | 5 | | |
| 60. | AJ | RV | | 2,915.20 | ✓ | 3 | | |
| 61. | MK | RV | | 13,947.52 | ✓ | 2 | | |
| 62. | GK | RV | | 7,235.68 | ✓ | 2 | | |
| 63. | EA | RV | | 2,837.10 | ✓ | 1 | | |
| 64. | BA | RU | | 12,183.71 | ✓ | 2 | | |
| 65. | HA | RV | | 6,764.76 | ✓ | 2 | | |
| 66. | WB | RU | | 9,120.84 | ✓ | 2 | | |
| 67. | RB | RU | | 37,260.94 | ✓ | 9 | ✓ | 57 |
| 68. | LC | RV | | 4,733.80 | ✓ | 1 | | |
| 69. | KC | RU | | 4,292.16 | | cc | | |
| 70. | MC | RU | | 8,381.04 | ✓ | 4 | ✓ | 5 |
| 71. | PD | RU | | 10,326.52 | ✓ | 1 | | |
| 72. | NE | RV | | 12,498.96 | ✓ | 2 | | |
| 73. | JE | RU | | 12,483.80 | ✓ | 7 | ✓ | 17 |
| 74. | SG | RV | | 6,002.08 | ✓ | 1 | | |
| 75. | MG | RV | | 6,060.84 | ✓ | 3 | | |
| 76. | BBH | RU | | 17,004.42 | ✓ | 1 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 77. | DH | RV | | 18,547.46 | | |
| 78. | AJ | RU | A | 8,592.60 | 1 | 12 |
| | | | B | 3,353.12 | 2 | |
| 79. | SK | RU | | 38,573.39 | 3 | 14 |
| 80. | BK | RV | | 6,839.46 | 2 RJ<br>2 CC | |
| 81. | AK | RV | | 24,500.46 | 3 | |
| 82. | GK | RV | | 13,544.76 | 4 | 13 |
| 83. | RK | RV | | 10,558.15 | | 10 |
| 84. | IL | RV | | 9,643.93 | 1 | 9 |
| 85. | EM | RV | | 20,225.29 | 4 | |
| 86. | LM | RV | | 7,924.40 | 3 | |
| 87. | VN<br>*(No issues with August. Nov. unsup COTA's)* | RV | | 4,600.12 | | |
| 88. | BN | RV | | 40,582.18 | 3 | |
| 89. | PO | RU | | 34,187.86 | 10 | |
| 90. | JP | RV | | 25,733.04 | 2 | |
| 91. | PP | | B | 2,033.25 | | |
| 92. | JQ | RV | | 10,009.22 | 1 | |
| 93. | HR | RU | | 6,974.76 | 1 | |
| 94. | MR | RV | | 5,463.00 | 3 | |
| 95. | MS | RU | | 7,048.36 | 3 | |
| 96. | ES | RV | | 6,401.08 | | |
| 97. | SC | RU | A | 8,781.12 | 3 | |
| | | | B | 343.72 | | |
| 98. | RS | RV | | | | |
| 99. | DS | RV | | 4,006.20 | | 1 |
| 100. | CS | RV | A | 13,471.48 | 2 | |
| | | | B | 723.77 | | |
| 101. | GS | RV | | 22,594.30 | 4 | |
| 102. | AS | RV | | 8,836.80 | 2 | |
| 103. | AT | RU | | 53,127.70 | 5 | 17 |
| 104. | JT | RH | | 11,334.67 | 3 | |
| 105. | BT | RH | | 13,847.58 | 1 | |
| 106. | RD | RU | A | 9063.80 + | | |
| | | | B | Aug+Sept<br>2,471.39 | | |
| 107. | DW | | | | | |
| 108. | TA - *Records missing* | | A | 14,567.59 | | |
| | | | B | 4,289.06 | | |
| 109. | WR | RU | A | 57,630.40 | Several | |
| | | | B | 19,262.09 | Numerous | |
| 110. | MT | RV | | 44,034.28 | 2 | 20 |
| 111. | MC | RU | A | Missing | 3 | |
| | | | B | 780.98 | 3 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 112. | EH | RV | | 6,055.52 | 3 | |
| | | | | A billing missing | | |
| 113. | KM | RV | | 6,339.52 | | |
| 114. | MS | RU | | 28,739.24 | 8 | |
| 115. | AM | RV | | 7,067.71 | 3 | |
| 116. | CK | RU | A | Missing | 6 | |
| | | | B | 3,645.54 | 12 | |
| 117. | GM | RV | A | 31,781.06 | 7 | |
| | | | B | 2,645.19 | | |
| 118. | FA | RV | | 6,910.85 | | |
| 119. | RB | RV | | 19,427.16 | 4 | |
| 120. | PC | RV | | 18,226.12 | 2 | |
| 121. | RC | RU | | 28,624.60 | 1 | 38 |
| 122. | EC | RU | | 33,362.62 | 8 | 35 |
| 123. | OD | RU | | 29,214.74 | 9 | |
| 124. | HE | RV | | 12,031.70 | 3 | |
| 125. | DE | RM | A | 1,649.12 | | |
| | | | B | 1,122.59 | 1 | |
| 126. | BE | RU | A | 35,191.09 | 1 | 16 |
| | | | B | 2,061.91 | | |
| 127. | JF | RV | | 24,757.90 | 2 | |
| 128. | AFS | RV | | 7,631.90 | 3 | |
| 129. | CG | RU | | 6,438.04 | 4 | 8 |
| 130. | HG | RU | | 7,132.50 | 1 | 5 |
| 131. | RG | RU | | 3,804.00 | | 5 |
| 132. | CG | RU | | 6,973.58 | 3 | |
| 133. | LG | RV | | 10,801.66 | 4 | |
| 134. | LH | RV | | 6,403.06 | 2 | |
| 135. | MH | RV | | 5,150.86 | 2 | |
| 136. | JJ | RV | | 16,949.94 | 1 | |
| 137. | PK | RU | | 11,406.02 | 2 | 12 |
| 138. | JM | RU | | 16,331.30 | 4 | |
| 139. | PP | RU | | 31,656.84 | 1 | |
| 140. | GS | RU | | 10,074.68 | 4 | |
| 141. | JT | RU | | 5,268.90 | 1 | |
| 142. | RF | RV | A | 6,832.24 | 2 | |
| | | | B | 1,607.62 | | |
| 143. | EG | RV | | 8,782.62 | 2 | |
| 144. | AG | RH | | 1,606.05 | 1 | |
| 145. | HH | RV | | 22,417.30 | 3 | |
| 146. | LH | RU | | 4,345.01 | | |
| 147. | DJ | RV | | 8,424.34 | 4 | |
| 148. | BK | RU | | 7,132.50 | | |
| 149. | JK | RM | | 2,952.11 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 150. | EM | | | 16,384.00 | No therapy chart | |
| 151. | GM | RU | | 5,489.64 | No chart | |
| 152. | MN | RU | | 7,134.66 | 1 | |
| 153. | MN | RV | A | 28,508.10 | 1 | |
| | | | B | 1,247.10 | | |
| 154. | PA | RU | | 57,346.48 | | 89 |
| 155. | JP | RU | | 11,525.22 | | 14 |
| 156. | AP | RH | | 33,098.48 | 8 | 16 |
| 157. | RB | RM | | 1,640.12 | No notes | |
| 158. | EF | RV | | 11,090.82 | 1 | |
| 159. | DF | RU | | 45,366.97 | 23 | 13 |
| 160. | JG | RU | | 3,792.08 | 3 | 4 |
| 161. | EG | RV | | 5,183.16 | 2 | 1 |
| 162. | JG | RU | | 7,134.66 | 1 | |
| 163. | RG | RV | | 5,547.08 | | |
| 164. | EH | RV | | 9,858.84 | 1 | |
| 165. | JH | RU | | 13,171.68 | 2 | 4 |
| 166. | HJ | RM | | 6,596.48 | 1 | |
| 167. | MJ | RV | | 18,884.40 | 1 | 2 |
| 168. | EJ | RV | | 7,131.96 | 1 | |
| 169. | BK | RV | | 10,009.22 | | |
| 170. | WK | RV | | 11,072.32 | 2 | |
| 171. | FK | RM | | 4,497.36 | 1 | |
| 172. | RK | RV | | 18,226.12 | 2 | |
| 173. | LK | RV | | 10,487.52 | 2 | |
| 174. | JK | RU | | 7,666.25 | | |
| 175. | NL | RU | | 11,547.70 | 3 | |
| 176. | EL | RH | | 2,079.06 | | |
| 177. | EM | RH | | 3,647.71 | 4 | |
| 178. | MM | RU | | 14,092.66 | 3 | 11 |
| 179. | LO | RU | | 6,974.76 | | |
| 180. | LO | RV | | 9,541.09 | 3 | |
| 181. | AO | RV | | 16,988.27 | 1 | |
| 182. | LP | RV | | 3,801.87 | 1 | |
| 183. | MR | RV | | 8,817.82 | | 1 |
| 184. | PR | RV | | 3,565.98 | | |
| 185. | MS | RV | | 3,204.36 | 1 | |
| 186. | TS | RV | | 9,300.58 | 2 | |
| 187. | DS | RV | | 4,754.64 | 1 | |
| 188. | GS | RV | | 10,009.44 | | 3 |
| 189. | WS | RV | | 3,560.40 | 1 | |
| 190. | PS | RU | | 8,937.78 | 4 | |
| 191. | MT | RU | | 14,267.12 | 4 | |
| 192. | EV | RV | | 9,070.43 | 2 | |
| 193. | VW | RU | | 4,828.68 | 1 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 194. | RB | RH | | 1,732.55 | | |
| 195. | VB | RH | | 2,248.47 | | |
| 196. | LK | RV | | 28,129.50 | 1 | |
| 197. | WL | RM | | 1,797.96 | 1 | |
| 198. | EL | RU | | 14,266.48 | 1 | 14 |
| 199. | AL | RU | | 6,636.14 | 4 | |
| 200. | GL | RU | | 36,830.36 | 10 | |
| 201. | RM | RV | | 9,659.29 | 1 | |
| 202. | HM | RV | | 29,593.20 | 1 | |
| 203. | AN | RV | | 3,026.40 | 1 | |
| 204. | MN | RU | | 9,075.47 | 1 | 10 |
| 205. | LO | RV | | 5,903.12 | 1 | |
| 206. | RP | RV | | 15,160.16 | 3 | |
| 207. | LP | RU | | 7,416.96 | | |
| 208. | EP | RH | | 2,532.60 | 2 | 4 |
| 209. | EP | RV | | 9,182.02 | 2 | |
| 210. | DP | RU | | 8,900.02 | 1 | |
| 211. | SR | RV | | 7,506.84 | 2 | |
| 212. | KR | RU | | 4,172.04 | | |
| 213. | CR | RU | | 13,863.90 | 1 | 9 |
| 214. | AS | RV | | 13,203.74 | 5 | |
| 215. | ES | RM | | 3,373.84 | | |
| 216. | WS | RH | | 1,642.90 | 1 | |
| 217. | HS | RV | | 10,697.94 | | |
| 218. | AS | RV | | 34,700.19 | 2 | 5 |
| 219. | MS | RU | | 5,438.28 | 3 | |
| 220. | RS | RV | | 6,443.24 | 4 | |
| 221. | IS | RU | | 19,138.50 | 1 | |
| 222. | AS | RV | | 14,527.14 | | |
| 223. | JS | RV | | 5,183.16 | 4 | |
| 224. | GS | RV | | 10,831.72 | 6 | 7 |
| 225. | LS | RV | | 30,926.92 | 8 | |
| 226. | LT | RU | | 11,790.76 | 4 | |
| 227. | VT | RV | | 5,615.09 | 2 | |
| 228. | DT | RV | | 8,716.84 | 8 | |
| 229. | AT | RV | | 10,405.44 | | 11 |
| 230. | MT | RU | | 17,366.62 | 5 | 12 |
| 231. | RT | | | | No chart | |
| 232. | RV | RV | | 16,827.04 | 4 | |
| 233. | MW | | B | 8,629.69 | 1 | 3 |
| 234. | JW | RU | | 11,953.42 | 6 | 17 |
| 235. | EW | RM | | 7,478.26 | 3 | |
| 236. | HW | RV | | 4,734.13 | 1 | 3 |
| 237. | FW | RV | | 7,827.22 | | |
| 238. | DW | RV | | 10,703.26 | 1 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 239. | GA | RV | A | 6,438.24 | | |
| | | | B | 416.07 | | |
| 240. | JB | RU | | 8,607.07 | 1 | |
| 241. | DB | RU | | 8,157.42 | 1 | |
| 242. | RB | RV | A | 12,813.36 | | 10 |
| | | | B | 998.86 | | |
| 243. | GC | RU | | 20,870.10 | 3 | 9 |
| 244. | BC | RU | | 45,383.80 | 1 | 26 |
| 245. | AC | RU | | 19,828.32 | 8 | 7 |
| 246. | HD | RU | | 13,748.46 | 2 | 13 |
| 247. | RF | RV | A | 7,511.28 | 1 | |
| | | | B | 322.96 | No chart | |
| 248. | CF | RH | | 6,582.69 | 4 | |
| 249. | AG | RV | A | 5,615.09 | 1 | |
| | | | B | 1,442.30 | | |
| 250. | SG | RU | | 13,381.70 | 1 | |
| 251. | HG | RU | | 20,696.52 | 4 | |
| 252. | MH | RU | | 11,642.09 | 2 | |
| 253. | AH | RU | | 8,147.04 | | |
| 254. | DH | RU | | | 1 | |
| 255. | SP | RU | A | 13,502.96 | 2 | 7 |
| | | No chart | B | 287.35 | | |
| 256. | EP | RV | | 6,971.24 | 6 | |
| 257. | RP | RV | | 6,759.10 | | 5 |
| 258. | MP | RM | | 4,535.08 | | |
| 259. | MR | RU | | 14,429.40 | | |
| 260. | HS | RU | | 19,288.47 | 4 | 10 |
| 261. | CS | RV | | 3,887.37 | 2 | |
| 262. | JS | RV | | 6,185.76 | 2 | |
| 263. | FS | | B | 8,721.69 | 6 | 27 |
| 264. | LW | RV | | 15,768.95 | 6 | |
| 265. | HW | RV | | 9,113.06 | | |
| 266. | DA | RV | | 10,168.06 | | |
| 267. | MA | RU | A | 19,132.03 | 2 | |
| | | No chart | B | 1,547.00 | | |
| 268. | RB<br>*Part B billing during Part A stay* | RU | | 23,435.90 | 1 | |
| 269. | EB | RU | A | 19,168.85 | | 6 |
| | | No chart | B | 464.65 | | |
| 270. | FB | RU | | 17,748.24 | 2 | |
| 271. | GC | RV | | 4,628.52 | 1 | |
| 272. | RC - *No Chart* | | | | | |
| 273. | GC | RM | | 2,108.65 | 1 | |
| 274. | AE | RU | | 46,821.62 | 2 | 4 |
| 275. | GG | RU | | 6,585.84 | 1 | 8 |

| | | | | Amount | | |
|---|---|---|---|---|---|---|
| 276. | PG | RU | | 12,771.60 | 2 | |
| 277. | CG | RV | | 20,055.00 | | 19 |
| 278. | DG | RV | | 26,957.84 | 2 | 14 |
| 279. | HG | RH | | 5,389.34 | 1 | 1 |
| 280. | LH | RV | | 20,993.57 | 4 | 4 |
| 281. | MH | RV | | 5,743.92 | 1 | |
| 282. | VH | RU | | 10,576.32 | 1 | |
| 283. | JH | RH | | 1,419.80 | No issues | |
| 284. | CH | RV | | 6,839.46 | 2 | |
| | | No chart | B | 560.95 | | |
| 285. | AJ | RU | | 15,072.22 | 8 | 37 |
| 286. | KJ | RU | | 8,424.52 | 1 | 6 |
| 287. | SJ | RU | | 7,584.16 | 6 | |
| 288. | MK | RU | | 8,559.34 | | 9 |
| | *Billing only. No therapy chart.* | | | | | |
| 289. | BK | RV | | 6,627.60 | | |
| | *No OT notes* | | | | | |
| 290. | AK | | | 14,155.62 | | |
| | *No Chart* | | | | | |
| 291. | PK | RU | A | 16,176.72 | | 20 |
| | | No chart | B | 505.35 | | |
| 292. | MK | RV | | | 1 | |
| 293. | VK | RU | | 9,478.68 | 2 | |
| 294. | MK | RU | | 8,391.72 | | |
| 295. | MK | RMX | | 11,034.96 | | |
| 296. | BL | RU | | 9,478.68 | 1 | |
| 297. | EL | RU | | 34,734.06 | 1 | |
| 298. | DL | RU | | 18,584.38 | 3 | 15 |
| 299. | LL | RV | | 23,104.26 | | |
| | *Most of therapy chart missing* | | | | | |
| 300. | ML | RV | | 19,364.83 | 3 | |
| 301. | ML | RU | | 14,849.85 | 2 | 7 |
| 302. | CM | RV | | 5,098.81 | | |
| 303. | JM | RU | | 9,028.52 | 6 | 10 |
| 304. | JM | RV | | 24,868.59 | 4 | |
| 305. | WM | | B | 2,462.86 | | |
| | *No chart* | | | | | |
| 306. | MN | RU | | 11,536.16 | 3 | 7 |
| 307. | AN | RV | | 3,026.40 | | |
| | *No chart* | | | | | |
| 308. | MN | | | | | |
| | *No chart* | | | | | |
| 309. | JP | RU | | 34,472.44 | 1 | 16 |
| | *Most of therapy chart missing* | | B | 5,345.28 | | 44 |
| 310. | PP | RH | A | 34,938.58 | 1 | 9 |
| | | | B | 125.07 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 311. | PR | RU | | 8,995.26 | | 6 |
| 312. | MS | RM | | 3,795.57 | | |
| 313. | WS | | B | 2,108.36 | 22 | |
| 314. | AS | RU | | 8,268.80 | | |
| 315. | PS | RV | | 46,978.98 | 9 | |
| 316. | PW | RU | | 16,393.00 | 1 | |
| 317. | PO *Chart missing* | | | | | |
| 318. | GO | RV | | 10,651.28 | 5 | |
| 319. | LO | RM | | 3,325.96 | 1 | |
| 320. | BP | RU | | | | |
| | *No chart* | | B | 839.15 | | |
| 321. | MP | RU | | 8,157.42 | 3 | |
| | *No chart* | | B | 837.60 | | |
| 322. | ER | RV | | 9,955.92 | | |
| 323. | JS | RU | | 4,531.90 | 3 | |
| 324. | ES | RU | | 24,182.33 | 3 | 7 |
| 325. | JS | RM | | 20,676.54 | | |
| 326. | MS | RU | | 7,576.48 | 2 | 7 |
| 327. | SS | RU | | 39,050.95 | 4 | 5 |
| 328. | RS | RU | | 4,828.68 | | |
| | *No chart* | | B | 625.93 | | |
| 329. | JT | RV | | 3,790.48 | 1 | |
| 330. | PT | RV | | 11,046.00 | | |
| 331. | WV | RV | | 18,241.68 | 4 | |
| | *No notes* | | B | 763.27 | | |
| 332. | RW *RU in Feb & March OT only* | RU | | 31,833.00 | 2 | 10 |
| 333. | AW | RV | | 24,637.48 | 7 | 4 |
| 334. | IW | RV | | 12,920.64 | 1 | |
| 335. | VW | RV | | 5,150.86 | 3 | |
| 336. | HW | RU | | 12,949.56 | 1 | 13 |
| 337. | MZ | RU | | | | |
| 338. | AZ | RU | | 28,190.95 | 3 | 13 |
| 339. | IZ | | | 4,734.60 | 1 | |
| 340. | FA | RU | | 12,074.04 | | 3 |
| 341. | EB | RV | | 8,460.26 | | |
| 342. | EB *Dec 06 Jan 07* *No chart* | RV | | 10,855.46 | | |
| 343. | VB | RV | | 16,245.02 | | |
| 344. | ED | RV | | 7,511.28 | | |
| 345. | RH | RU | | 24,856.04 | | 16 |
| 346. | TH | RH | | 6,660.91 | | 2 |
| 347. | VH | RV | | 6,324.72 | 3 | |
| 348. | MH | RV | | 12,842.40 | | |

| # | Patient | Code | B | Amount | | |
|---|---|---|---|---|---|---|
| 349. | VH *(duplicate)* | | | | | |
| 350. | SH *(PT only)* | RH | | 10,934.56 | | |
| 351. | LJ *(duplicate)* | | | | | |
| 352. | KK | RV | | 9,613.08 | 2 | |
| 353. | MK | RU | | 11,412.00 | | |
| 354. | JK | RU | | 15,402.20 | 5 | 17 |
| 355. | AM *(no chart April)* | RU | | 15,855.00 | 1 | |
| 356. | FM | RU | | 16,912.48 | 2 | |
| 357. | DN | RH | | 3,647.71 | | |
| 358. | DN | RV | | 34,296.72 | 2 | 22 |
| 359. | CO | RU | | 14,818.14 | 3 | |
| 360. | JO | RU | | 6,026.28 | | |
| 361. | FP | RMX | | 21,296.80 | 1 | |
| 362. | RP | RV | | 20,134.10 | 6 | |
| 363. | LP<br>*Chart missing for March, April, May '06* | RU | | 39,727.77 | 3 | 12 |
| 364. | JS<br>*Billing missing* | RU | | | 3 | 17 |
| 365. | JS | RU | | 23,759.82 | | |
| 366. | FS | RV | | 11,206.30 | | |
| 367. | SS | RV | | Billing missing | 1 | |
| | | | B | 301.90 | | |
| 368. | PS | RV | | 12,691.48 | | |
| 369. | RV | RU | | 19,234.30 | | 15 |
| 370. | CA | RU | | 8,559.00 | 1 | |
| 371. | JA | RV | | 37,871.61 | | |
| 372. | VB | RV | | 14,335.24 | 4 | |
| 373. | AB | RV | | 6,759.10 | 1 | |
| 374. | JD | RU | | 18,324.87 | 2 | |
| 375. | RG | RU | | 58,230.37 | 2 | 62 |
| | | | B | 2,496.79 | | |
| 376. | RG - *no chart* | 1 | | 5,546.00 | | |
| 377. | MK | RU | | 10,076.92 | 2 | 12 |
| 378. | LM | RU | | 55,334.16 | | 37 |
| | | | B | 21,059.21 | | |
| 379. | TO - *no chart* | RU | | 20,306.34 | | |
| 380. | GO | RU | | 25,998.27 | | 32 |
| 381. | DP - *no chart* | | | 12,548.76 | | |
| | | | B | 4,475.53 | | |
| 382. | RP | | B | 8,680.55 | 1 | 21 |
| 383. | CR | RU | | 46,819.20 | 1 | 71 |
| | | | B | 11,704.38 | | 176 |
| 384. | JS | RU | | 9,757.99 | | 7 |
| 385. | BS | RV | | 25,109.49 | | |
| | | | B | 1,559.34 | | |

| # | Patient | [illegible] | | Amount | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| 386. | DS - *no chart for B* | RU | | 19,038.38 | 22 | |
| | | | B | 2,566.60 | | |
| 387. | SS | RU | | 10,578.92 | 2 | |
| 388. | AT - *billing missing* | | | | | |
| 389. | BA | RH | | 2,799.99 | | 4 |
| 390. | PA | RV | | 11,818.94 | | |
| 391. | CA | RU | | 49,888.76 | | 57 |
| 392. | HA - *no chart for B* | RU | | 16,464.60 | 5 | |
| | | | B | 261.40 | | |
| 393. | IA - *no chart* | RH | | 3,118.59 | | |
| 394. | EA - *no chart for B* | RU | | 12,222.78 | 2 | |
| | | | B | 714.34 | | |
| 395. | CA | RU | | 24,244.01 | | 27 |
| 396. | HA | RM | | 4,122.80 | 1 | |
| 397. | NB | RM | | 7,641.33 | | 6 |
| 398. | JB | RV | | 28,482.06 | 1 | |
| 399. | HB | RV | | 5,476.54 | 1 | |
| 400. | HB | RV | | 5,183.16 | 1 | |
| 401. | SB | RH | | 16,790.02 | 1 | |
| 402. | RB | RU | | 24,590.47 | 4 | 23 |
| 403. | YC | RH | | 1,484.80 | 1 | |
| 404. | TC | | B | 690.38 | 1 | |
| 405. | MD | RU | | 10,720.15 | 2 | |
| 406. | GD | RH | | 4,600.12 | 1 | |
| 407. | RD | RH | | 10,539.63 | 1 | |
| 408. | MD | RU | | 13,217.28 | | 11 |
| 409. | HD | RU | | 12,733.20 | 1 | 60 |
| | | | B | 5,973.10 | 8 | |
| 410. | LE | RV | | 7,216.78 | | |
| 411. | EE | RU | | 4,635.60 | 1 | |
| 412. | SE | | | | 2 | |

TOTAL AMOUNT: $5,657,467.79